IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN T. GORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:02-CV-1008 |
| ) | |
| EL PASO ENERGY CORPORATION ) | Judge Trauger |
| LONG TERM DISABILITY PLAN, ) | |
| ) | Magistrate Judge Brown |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| OF BOSTON, ) | |
| ) | |
| and ) | |
| ) | |
| EL PASO ENERGY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

All claims having been disposed of, this case is dismissed.

It is so ordered.

Enter this 24th day of October 2005.

_____
ALETA A. TRAUGER
United States District