UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN T. GORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:02-1008 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| EL PASO ENERGY CORPORATION | ) | |
| LONG TERM DISABILITY PLAN and | ) | |
| EL PASO ENERGY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 113), and the defendants' Motion to Amend Answer (Docket No. 125), are **GRANTED**, and the plaintiff's Motion for Summary Judgment (Docket No. 96), and the plaintiff's Amended Alternative Motion for Reformation of Release (Docket No. 135), are **DENIED**. This case is **DISMISSED**.

It is so ordered.

Enter this 8th day of February 2007.

_____
ALETA A. TRAUGER
United States District Judge