IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN T. GORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:02-1008 |
| ) | Judge Trauger |
| EL PASO ENERGY CORPORATION ) | |
| LONG TERM DISABILITY PLAN ) | |
| and EL PASO ENERGY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that the defendants shall respond to the Plaintiff's Motion for Reconsideration (Docket No. 143) by March 10, 2008.

It is so **ORDERED**.

ENTER this 26th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge