IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED**

| | | |
|---|---|---|
| JOHN T. GORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:02-CV-1008 |
| | ) | |
| vs. | ) | JUDGE TRAUGER |
| | ) | MAGISTRATE JUDGE BROWN |
| EL PASO ENERGY CORPORATION | ) | |
| LONG TERM DISABILITY PLAN and | ) | |
| EL PASO ENERGY CORPORATION, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE
REPLY BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff has filed a Motion for Reconsideration [Doc. 143] and supporting memorandum [Doc. 144], to which Defendants El Paso Energy Corporation Long Term Disability Plan and El Paso Energy Corporation (collectively, "Defendants") have responded [Doc. 146]. Plaintiff moves the Court for permission to file a short reply brief, submitted contemporaneously with this Motion. Plaintiff's proposed reply brief provides rebuttal arguments to issues raised in Defendants' Response.

Respectfully submitted,

TUDOR LAW FIRM, P.C.

s/ Bynum E. Tudor III
Bynum E. Tudor III          #12279
221 Fourth Avenue North, 5th Floor
P.O. Box 198258
Nashville, TN  37219
(615) 726-1000
(615) 255-7447 (fax)

Attorney for Plaintiff