**Motion GRANTED**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN T. GORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3-02 1008 |
| | ) | |
| vs. | ) | Judge Trauger |
| | ) | Magistrate Judge Brown |
| EL PASO ENERGY CORPORATION | ) | |
| LONG TERM DISABILITY PLAN and | ) | |
| EL PASO ENERGY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER**

On March 10, 2008, Defendants filed a Motion for Attorneys' Fees as the prevailing parties in this case. (Docket Entry No. 147). In Plaintiff's opposition to same, he disclosed for the first time he has a pending bankruptcy case. Plaintiff filed his Voluntary Petition on January 17, 2005 (Docket Entry No. 1), over three years after he filed this lawsuit. Plaintiff, however, <u>never</u> identified his claims against Defendants as assets in his bankruptcy case. Indeed, to the contrary, Plaintiff has sworn to the Bankruptcy Court that he has <u>no</u> such claims. Plaintiff's sworn misrepresentations judicially estop him from asserting any claims against Defendants now and are an independent basis for the Court to deny Plaintiff's Motion to Reconsider and affirm its Order dismissing this lawsuit.